UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Jose L. Linares

v. : Crim. No. 07-869 (JLL)

BENNY RAMOS : ORDER

This matter having been opened to the Court by defendant Benny Ramos (William Hunt, Esq., appearing), and Christopher J. Christie, United States Attorney for the District of New Jersey (Hallie A. Mitchell, Assistant U.S. Attorney, appearing) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter tried within seventy days of the date of his initial appearance pursuant to Title 18 of the United States Code, Section 3161(c), and as the defendant requires such a continuance because he needs additional time to confer with counsel and review discovery; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are in progress and additional time is necessary to finalize any plea agreement, which may render trial of this matter unnecessary.

2. The defendant needs additional time to review discovery which includes numerous consensual recordings and transcripts.

3. Defendant Ramos has consented to the aforementioned

1

Fax from    : 2019961669                                              04-02-08 11:42a    Pg:  3
Case 2:07-cr-00869-JLL   Document 21   Filed 04/07/08   Page 2 of 2 PageID: 44
Fax sent by :

continuance.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ___7th___ day of April, 2008

ORDERED that the proceedings in the above-captioned matter are continued from June 4, 2008 through September 4, 2008;

IT IS FURTHER ORDERED that the period between June 4, 2008 through September 4, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that any motions submitted by the defendant shall be filed no later than ___JULY 28___, 2008;

IT IS FURTHER ORDERED that any response by the Government to defendant's motions shall be filed no later than ___August 11___, 2008;

IT IS FURTHER ORDERED that oral argument as to any such motions shall be conducted on ___August 25___, 2008; and

IT IS FURTHER ORDERED that the trial in this matter will commence on ___SEPTEMBER 3___, 2008.

_____
HONORABLE JOSE L. LINARES
United States District Judge

Consented and Agreed to by:

_____
William J. Hunt, Esq.
Counsel for defendant Ramos

2